# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ELEVTERIO MARTINEZ-GONZALES,**

    **Petitioner,**

v.          Case No. 4:17cv552-MW/CAS

**JEFF B. SESSIONS, et al.,**

    **Respondents.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to dismiss iMWs **GRANTED**, ECF No. 10, and the § 2241 petition is **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition." The Clerk shall close the file.

**SO ORDERED on March 12, 2018.**

                                             s/Mark E. Walker             
                                             **United States District Judge**