IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELEVTERIO MARTINEZ-GONZALES,

    Petitioner,

v.                          Case No. 4:17cv552-MW/CAS

JEFF B. SESSIONS, et al.,

    Respondents.

_____/

## AMENDED
## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 10, is **GRANTED**, and the § 2241 petition is **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition." The Clerk shall close the file.

**SO ORDERED on March 13, 2018.**

                                        s/Mark E. Walker          
                                        **United States District Judge**